# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

# CASE NO. 3:03-CR-143

UNITED STATES OF AMERICA

    V.

KOWALSKI

## ORDER

**THIS MATTER** is before the Clerk due to his fiduciary duty to disperse restitution payments in accordance with the Judgments of this court.

On December 5, 2006, the "Amended Judgement" of this court [Doc. 36] directed that restitution of $7,255.00 be paid to Mr. Edward Smith, Sr.

On March 7, 2019, the Clerk was advised that Mr. Edward Smith, Sr. is in the care of Meadow Wood Nursing Home and has executed a Power of Attorney granting his son, Mr. Edward Smith, Jr. full power of attorney over all banking transactions of Mr. Smith, Sr. The Clerk has reviewed the Power of Attorney on file with the County of Gaston recorded March 21, 2013 in Book 4664, page 949-954 and found all to be in order for the purposes of sending Mr. Smith, Jr. all

future restitution payments in this case which were previously earmarked for Mr. Smith, Sr.

Accordingly, the Clerk's Financial Department is ORDERED to remit all restitution payments in this case previously directed to be paid to Mr. Edward Joe Smith, Sr. to Mr. Edward Joe Smith, Jr. at the address provided for that purpose by Mr. Smith Jr. to the Financial Department of this court.

**So, ORDERED, this 7th day of March 2019.**

*Frank G. Johns, Clerk*